JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 752 -- In re Miniature Flashlight Patent Litigation

| Date | Pldg. | Pleading Description |
|---|---|---|
| 88/01/14 | 1 | MOTION, BRIEF AND SCHEDULE OF ACTIONS (A-1 - A-3) EXHIBITS A-G AND CERT. OF SERVICE -- Defts. Streamlight Inc. -- SUGGESTED TRANSFEREE COURT: CENTRAL DISTRICT OF CALIFORNIA (paa) |
| 88/01/25 | | APPEARANCE: JAN P. WEIR, ESQ. for The Brinkmann Corp., J. Baxter Brinkmann International Corp. and J. Baxter Brinkmann; ROGER W. HERRELL, ESQ. for Streamlight, Inc. (cds) |
| 88/01/26 | | APPEARANCE: ROBERT C. WEISS, ESQ. for Mag Instrument, Inc. (cds) |
| 88/01/29 | 2 | RESPONSE (TO PLDG. #1) -- Pltfs. Mag Instrument, Inc. -- W/Exhibits 1 - 14 and cert. of svc. (paa) |
| 88/01/29 | 3 | RESPONSE (to pldg. #1) -- Deft. J. Baxter Brinkmann International Corporation, The Brinkmann Corporation and J. Baxter Brinkmann -- W/ Exhibits A - H & exhibit 1 and cert. of svc. (paa) |
| 88/01/29 | 4 | REQUEST FOR EXTENSION OF TIME TO FILE BRIEF -- Mag Instrument, Inc. -- GRANTED TO AND INCLUDING FEBRUARY 2, 1988 -- (paa) |
| 88/02/01 | 5 | RESPONSE (to pldg. #1) -- Defts. Kassner Imports, Inc. -- w/cert. of svc. (tmq) |
| 88/02/01 | | APPEARANCE: DONALD R. DINAN, ESQ. for Kassnar Imports, Inc. (tmq) |
| 88/02/03 | 6 | RESPONSE (to pldg. #1) Mag Instrument, Inc. -- w/exhibits 15-26 and certificate of service. (tmq) |
| 88/02/04 | 7 | REQUEST FOR EXTENSION OF TIME TO FILE REPLY BRIEF -- Granted to Streamlight, Inc. for filing reply brief on 2/11/88 per Mike. (tmq) |
| 88/02/10 | | HEARING ORDER -- Setting motion to transfer for Panel Hearing in San Francisco, California on March 25, 1988 (rh) |
| 88/02/11 | 8 | REPLY -- Defts. Streamlight, Inc. -- w/exhibits 1,2,3,4 and cert. of svc. (tmq) |
| 88/02/11 | | APPEARANCE: ROBERT C. WEISS, ESQ. for Mag Insrument, Inc. (tmq) |
| 88/03/10 | 9 | MOTION TO WITHDRAW MOTION -- defts. Streamlight Inc. -- w/cert. of service (cds) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ____ --

| Date | Ref. | Pleading Description |
|---|---|---|
| 88/03/11 | | ORDER DEEMING MOTION WITHDRAWN AND VACATING THE MARCH 25, 1988 HEARING -- Notified involved counsel, judges and clerks (rh) |
| 88/06/10 | 10 | MOTION FOR RULE 11 SANCTIONS/MEMORANDUM -- (against Streamlight, Inc. and its Attorney) w/cert. of svc. and exhibits (ds) |
| 88/06/27 | 11 | RESPONSE (to pldg. #10) -- deft. Streamlight, Inc. w/exhibits 1 thru 9 and cert. of svc. (ds) |
| 88/07/01 | 12 | REPLY (to pldg. #11) -- Mag Instrument, Inc. -- w/cert. of service (cds) |
| 88/08/15 | | ORDER -- Denying Motion for Sanctions -- Notified involved counsel, clerks and judges (ds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 752 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: _____

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | March 11, 1988 | MW | Unpublished | | | |

Special Transferee Information

DATE CLOSED: March 11, 1988

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 752 -- IN RE MINIATURE FLASHLIGHT PATENT LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Mag Instruments, Inc. v. Streamlight Inc., | Cal.,C. Fernandez | 87-02530 | | | | |
| A-2 | Kassnar Imports, Inc. V. Mag Instruments, Inc. | Cal.,C. Fernandez | 86-0802 | | | | |
| A-3 | Mag Instruments, Inc. v. ~~J.Baxter~~ Brinkmann International Corporation, et al. | Tx.,N. Fish | 3-86-0427-G | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 752 -- IN RE MINIATURE FLASHLIGHT PATENT LITIGATION

---

MAG INSTRUMENTS, INC. (A-1)

Robert C. Weiss, Esquire
Lyon & Lyon
611 W. Sixth St., 34th Fl.
Los Angeles, California 90017

KASSNAR IMPORTS, INC. (A-2)

Donald R. Dinan, Esq.
Fitzpatrick, Cella, Harper & Scinto
2011 Crystal Drive
Suite 905
Arlington, VA 22202

STREAMLIGHT, INC.

Roger W. Herrell, Esquire
Dann, Dorfman, Herrell & Skillman
1310 Fidelity Building
Philadelphia, PA 19109

THE BRINKMANN CORPORATION
J. BAXTER BRINKMANN INTERNATIONAL CORP.
J. BAXTER BRINKMANN

Jan P. Weir, Esquire
Pretty, Schroeder, Brueggemann
  & Clark
444 South Flower St., Suite 2000
Los Angeles, California 90071

JPML FORM 3

p. *1*

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 752 -- IN RE MINIATURE FLASHLIGHT PATENT LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| STREAMLIGHT, INC. | A-1, |
| MAG INSTRUMENTS, INC. | A-2, |
| J. BAXTER BRINKMANN INTERNATIONAL CORP. | A-3, |
| THE BRINKMANN CORPORATION | A-3, |