JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

MAR 11 1988

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 752

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE MINIATURE FLASHLIGHT PATENT LITIGATION

ORDER DEEMING MOTION WITHDRAWN
AND
VACATING THE MARCH 25, 1988 HEARING

    This matter is before the Panel pursuant to a motion, under 28 U.S.C. §1407, to transfer the Texas action listed on the attached Schedule A to the Central District of California for coordinated or consolidated pretrial proceedings with two actions pending there and listed on Schedule A. Streamlight, Inc. (Streamlight), the defendant in one California action, is the Section 1407 movant in this matter. Streamlight now requests withdrawal of its motion in light of, inter alia, the advanced status of pretrial proceedings in the Texas action and one of the two California actions. Streamlight also represents that counsel for the Texas defendants -- the only responding parties that favored Section 1407 transfer -- has informed Streamlight's counsel that the Texas defendants will not oppose Streamlight's request to withdraw its motion.

    IT IS THEREFORE ORDERED that movant's request to withdraw its Section 1407 motion be granted, and that the motion be, and the same hereby is, DEEMED WITHDRAWN.

    IT IS FURTHER ORDERED that the Hearing Order and attached Schedule filed on February 10, 1988, as amended on February 26 and March 2, 1988, be, and the same hereby are, VACATED insofar as they relate to the above-captioned litigation.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

SCHEDULE A

MDL-752 -- In re Miniature Flashlight Patent Litigation

Northern District of Texas

Mag Instruments, Inc. v. Brinkmann International Corporation, et al., C.A. No. 3-86-0427-G

Central District of California

Mag Instruments, Inc. v. Streamlight, Inc., C.A. No. 87-2530

Kassnar Imports, Inc. v. Mag Instruments, Inc., C.A. No. 86-0802

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

AUG 15 1988

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 752

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE MINIATURE FLASHLIGHT PATENT LITIGATION

ORDER

   Presently before the Panel is a motion by Mag Instrument, Inc. (Mag), seeking imposition by the Panel of sanctions against Streamlight, Inc. (Streamlight) and its attorney, pursuant to Fed.R.Civ.P. 11. Mag requests its attorneys' fees and costs incurred in 1) opposing Streamlight's prior motion under 28 U.S.C. §1407 in this docket, which was subsequently withdrawn by Streamlight; and 2) bringing the instant motion for sanctions. In support of its motion for sanctions, Mag contends that Streamlight's Section 1407 motion was "frivolous in law and in fact and advanced for improper purposes." Streamlight opposes Mag's sanctions motion.

   On the basis of the papers filed,[1] we are not persuaded that Streamlight's motion for transfer was frivolous or advanced for improper purposes, and we therefore deny Mag's motion for sanctions.[2] See, e.g., In re Continental Air Lines, Inc. Employment Practices Litigation, MDL-469 (J.P.M.L., filed July 9, 1981) (unpublished order); In re Royal Typewriter Co. (Royal Bond Copier) Breach of Warranty Litigation, 435 F.Supp. 925, 926 (J.P.M.L. 1977).

   IT IS THEREFORE ORDERED that the motion for sanctions pursuant to Fed.R.Civ.P. 11 be, and the same hereby is, DENIED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

[1] The Panel has deemed this motion submitted on the basis of the papers filed. See Rule 16(b), R.P.J.P.M.L. (effective July 6, 1988).

[2] Streamlight's suggestion that sanctions be imposed against Mag is likewise denied.